AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

DEC 21 2019

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Alberto Salvador Mateo-Benito

CRIMINAL COMPLAINT

Case Number: M-19-3127-M

IAE   YOB: 1993
Guatemala
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 19, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Alberto Salvador Mateo-Benito was encountered by Border Patrol Agents near Hidalgo, Texas on December 19, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 19, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on September 12, 2019 through Alexandria, Louisiana. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on December 21, 2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Mickel Gonzalez
Signature of Complainant

Mickel Gonzalez
Printed Name of Complainant

December 21, 2019   3:05 p.m.
Date

Peter E Ormsby  , U.S. Magistrate Judge
Name and Title of Judicial Officer

Peter E Ormsby
Signature of Judicial Officer